# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: 718.785.0543
Facsimile: 866.596.9003
bill@wfhlegal.com

March 16, 2011

Hon. Ramon E. Reyes, Jr., U.S.M.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>  *RE:*   *Sebrow, et al. v. Fulton, Friedman & Gullace, LLP*
>           E.D.N.Y. Case No. 1:10-cv-05897-DLI-RER

Dear Judge Reyes,

I am co-counsel for the Plaintiff. I am writing pursuant to Your Honor's Individual Practice Rule II.B., and in response to Defendant's March 9, 2011 letter "Motion to Quash…and for Sanctions" [Doc 18]. Defendant raises a number of issues in its letter motion. In the interest of brevity, these issues are more complex than indicated in the Defendant's letter to the Court.

As my co-counsel, Mr. Kleinman, previously represented to the Court, Plaintiff is currently in the process of amending his complaint and will, on Monday, March 21, 2011, file a letter request for a pre-motion conference concerning same. The Plaintiff's proposed Amended Complaint will add new FDCPA and non-FDCPA claims and join numerous additional defendants. Plaintiff had anticipated that the discovery, to which Defendant objected, would shed new light on these additional claims and parties thereby preserving the limited resources of the Court and the Parties. Also, it is noteworthy that Plaintiff previously withdrew his Notices of Deposition until these issues are resolved. As it stands now, Plaintiff and his counsel are effectively being baited into a perpetual game of "gotcha," despite the fact that they have no interest in playing such a game.

Given the foregoing, Plaintiff respectfully requests that Your Honor schedule a conference with the Parties to discuss these various discovery issues and make clear the scope of discovery and the manner in which to proceed. In light of the fact that Plaintiff intends to file a pre-motion conference letter on Monday March 21, Plaintiff believes it may be more efficient for the Court and the Parties if the Court scheduled any such conference after that date so ***all*** issues may be discussed at once.

Very truly yours,
*s/William F. Horn*
William F. Horn
*via ECF Filing Only*
cc:     All Counsel of Record *via ECF Filing*