UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

Yekusiel Sebrow                                    ORDER
an individual; on behalf of himself                10-CV- 05897 (DLI)(RER)
and all others similarly situated

       Plaintiff,

       against-

Fulton, Friedman & Gullace, LLP
a New York Limited Liability Partnership

       Defendant.
------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by 9/28/11.

2. No additional parties may be joined after 1/11/12.

3. No amendment of the pleadings will be permitted after 1/11/12.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: N/A.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before 1/16/11.

    (b) rebuttal expert witnesses on or before 2/13/11.

6. All discovery, including depositions of experts, shall be completed on or before 2/29/12 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. A Telephone Conference set for _____, to be initiated by (Plaintiff) or Defendant (Circle one).

&ast; (The Court will schedule the conference listed above.)

9. Status Conference will be held on _____.
   &ast; (The Court will schedule the conference listed above)

10. A Final Pre-trial conference will be held on _____.
    *(The Court will schedule the conference listed above.)

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       _____, 2010

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

/s/ William Horn
NAME William Horn
Attorney for Plaintiff
ADDRESS 188-01B 71st Crescent Fresh Meadows, NY 11365
E-mail: bill@wfhlegal.com
Tel.: 718-785-0543
Fax: 866-596-9003

_____
NAME Deborah Zawadzki
Attorney for Defendants Fulton Friedman & Gullace, LLP et al.
ADDRESS Kaufman Borgeest & Ryan LLP 120 Broadway, 14th Fl, NY, NY 10271
E-mail: dzawadzki@kbrlaw.com
Tel.: 212-980-9600
Fax: 212-980-9291