

January 11, 2012

JONATHAN B. BRUNO
DIRECT: 212.994.6522
JBRUNO@KBRLAW.COM

<u>VIA ECF</u>

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Yekusiel Sebrow v. Fulton, Friedman & Gullace, LLP, et al.
Civil Action No.: 10-CV-5897 (DLI)(RER)
KBR File No. : 252.003

Dear Judge Reyes:

We represent the defendants in the above-referenced matter. We are writing to inform the court that although the defendants do not consent to the plaintiff's Motion for Admission Pro Hac Vice of Robert E. Schroth, Jr. filed on January 9, 2012, we will not oppose the motion since pro hac vice motions are routinely granted. However, if the motion is granted, Mr. Schroth will be plaintiff's fourth attorney of record, who presumably will need to familiarize himself with the case and will incur attorney's fees in doing so. It is defendants' position that Mr. Schroth's involvement in the case unnecessarily increases the defendants' exposure to additional and redundant attorneys' fees, which plaintiff may seek to recover under the Fair Debt Collection Practices Act. Therefore, by not opposing plaintiff's motion, defendants are not waiving their right to challenge plaintiff's claim for attorneys' fees and are expressly reserving any and all defenses and objections to plaintiff's claim for damages, expenses and attorneys' fees. Thank you for your consideration.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Jonathan B. Bruno

cc: All Counsel of Record (via ECF)