

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

January 11, 2012

JONATHAN B. BRUNO
DIRECT: 212.994.6522
JBRUNO@KBRLAW.COM

<u>VIA ECF</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Yekusiel Sebrow v. Fulton, Friedman & Gullace, LLP, et al.
      Civil Action No.:    10-CV-5897 (DLI)(RER)
      KBR File No.  :      252.003

Dear Judge Irizarry:

This office represents the defendants in the above-referenced matter.  On August 1, 2012, the plaintiff filed an unopposed motion for preliminary approval of the parties' class settlement agreement.  On August 22, 2012, Your Honor directed the parties, in relevant part, to: "provide the court, by letter not to exceed three pages, arguments as to whether the parties' proposed method of notifying the class members comports with due process in light of [*Hecht v. United Collection Bureau, Inc.*"  By letters dated September 7 and 11, 2012, the parties responded to Your Honor's directions.  While we are mindful that the Court has a full docket with cases that require more immediate attention than the present action, the defendants respectfully request that a decision on the motion for preliminary approval of the settlement be made at the Court's earliest convenience so as to advance this case forward.  The pending litigation has had real life consequences on some of the defendants by impeding their ability to secure financing.  As such, the defendants are eager to reach a conclusion to the litigation as contemplated between the parties.  We ask that the Court so-order the Stipulation of Dismissal that was filed on August 1, 2012 (Doc #63), a copy of which is enclosed. Thank you for your understanding and consideration.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Jonathan B. Bruno

cc:   All Counsel of Record (via ECF)

NEW YORK CITY     WESTCHESTER     LONG ISLAND     NEW JERSEY     LOS ANGELES

2102077