UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YEKUSIEL SEBROW, an individual; on behalf of himself and all others similarly situated,

                       Plaintiffs,

vs.

FULTON, FRIEDMAN, & GULLACE, LLP, a New York Limited Liability Partnership; THOMAS MCCARTHY, individually and in his official capacity; JASON P. VERHAGEN, individually and in his official capacity; MARIA J. REED, individually and in her official capacity; PATRICIA A. BLAIR, individually and in her official capacity; DANTE GULLACE, individually and in his official capacity; CYNTHIA L. FULTON, individually and in her official capacity; ALLAN J. FRIEDMAN, individually and in his official capacity; and JOHN AND JANE DOES NUMBERS 8 THROUGH 25,

                       Defendants.

---------------------------------------------------------------x

CASE NO.: 1:10-cv-05897-DLI-RER

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), YEKUSIEL SEBROW, Plaintiff, hereby stipulates to and gives notice of dismissal of the above-entitled with respect to Defendants, THOMAS MCCARTHY, JASON P. VERHAGEN, MARIA J. REED, PATRICIA A. BLAIR, DANTE GULLACE, CYNTHIA L. FULTON, and ALLEN D. FRIEDMAN s/h/a "ALLAN J. FRIEDMAN", in both their individual and official capacities, with prejudice as to Plaintiff, and without prejudice as to the rights of the putative class members, and without liability, costs, or attorney's fees.

**IT IS SO STIPULATED** this 1st Day of August, 2012.

*s/ William F. Horn*
William F. Horn, Esq.
LAW OFFICES OF WILLIAM F. HORN
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
E-mail: bill@wfhlegal.com

*One of the Attorneys for Plaintiff, Yekusiel Sebrow*

*s/ Jonathan B. Bruno*
Jonathan B. Bruno, Esq.
Deborah M. Zawadzki, Esq.
KAUFMAN, BORGEEST & RYAN, LLP
120 Broadway, 14th Floor
New York, New York  10271
Telephone: (212) 980-9600
Facsimile: (212) 980-9291

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
HONORABLE RAMON E. REYES, JR.

Dated: 3/8/13