

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

April 4, 2013

JONATHAN B. BRUNO
DIRECT: 212.994.6522
JBRUNO@KBRLAW.COM

<u>VIA ECF</u>

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Sebrow v. Fulton Friedman & Gullace LLP</u>
     <u>Civil Action No.:      10-cv-5897 (DI/RR)</u>

Dear Judge Reyes:

My office represents the defendant, Fulton Friedman & Gullace LLP in the above-referenced case. I am writing to request an extension of the deadline by which the defendants are required to mail the Class Notice to the Settlement Class members. The plaintiff consents to this request. Pursuant to the Preliminary Approval Order dated March 8, 2013, the current deadline is Monday, April 8th. The defendants are requesting an extension because the company that was to administer the notice pursuant to paragraph 10(c), Dantom Systems, Inc., merged with another company, RevSpring, which does not customarily handle class settlement notifications and in order for RevSpring to administer the notice to the class in this case, they would have to be paid approximately $6,100 more than Dantom had previously estimated. Therefore, we request that defendant be permitted to use First Class, Inc. to administer the notice to the class members and that Monday, April 29th be set as the new deadline for the Class Notice to be mailed. If Your Honor grants this request, then the deadline for Settlement Class members to exclude themselves or object to the proposed settlement (currently, May 23, 2013) and the fairness hearing (scheduled for June 14, 2013) will also have to be reset. Thank you for your consideration.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Jonathan B. Bruno

cc:   Counsel of record (via ecf)

NEW YORK CITY    WESTCHESTER    LONG ISLAND    NEW JERSEY    LOS ANGELES

2172098