TO: Class Counsel
From: Sally Ann Parent
Date: 5/3/13
RE: Objecting to Settlement
Case: Yekusiel Sebrow V. Fulton, Freidman + Gullace LLP, et al., E.D.N.Y. #1:10-CV-05897-DLT-RER

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 10 2013 ★
BROOKLYN OFFICE

I object because all class members should get the same outcome, if it is charitable then we should all decide together where this money goes... As of now, we have been violated once again...

Sally A Parent
(P.O. Box 156
Dover Plains, NY
12522)

Sally A Parent

Sally Ann Parent
PO Box 156
Dover Plains, NY 12522

Clerk of the Court
United States District Court for Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201