FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 23 2013 ★
BROOKLYN OFFICE

5/15/13

I Erin Hausser, Remove myself on the premise it hurts no-one and possible case for any Benefit I Really need it. Or stops me from receiving $ from said Case Future.

I Erin Hausser withdraw from Class Action Suit yekusiel Sebrow v. Fulton, Friedman & Gullace, LLP, et, al., E.D.N.Y. Case No. 1:10-cv-05897-DLI/RER

Erin Hausser
13-8th Street
Bayville L.I. NY. 11709

516-922-5191

E. Hausser

Erin Hausser
13 8th St.
Bayville, NY 11709

Clerk of the Court
United States District Court
for the eastern District of NY.
225 Cadman Plaza East.
Brooklyn, NY 11201