Yehusiel Sebrou(?)
vs
Fulton, Friedman & Wallace, LLP
et al. EDNY Brooklyn Office
Case No. 1:10-CV-0587-DLI-RER

Tracey Frazier (347) 799-0565
82-35 134th # 3C
Queens, NY 11435

I am objecting to the settlement due to the fact my credit was ruin, because of this act.

Tracey Frazier
Tracey Frazier

Previous address
8410 Rockaway Beach Blvd #3F

Tracey Teeter
52-35 134th St
Queens NY 11435

Clerk of Court
United States District Court
District of NY
225 Cadman Plaza East
Brooklyn NY 11201