UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

YEKUSIEL SEBROW, an individual; on behalf of himself and all others similarly situated,

       Plaintiffs,

vs.

FULTON, FRIEDMAN, & GULLACE, LLP, a New York Limited Liability Partnership; THOMAS MCCARTHY, individually and in his official capacity; JASON P. VERHAGEN, individually and in his official capacity; MARIA J. REED, individually and in her official capacity; PATRICIA A. BLAIR, individually and in her official capacity; DANTE GULLACE, individually and in his official capacity; CYNTHIA L. FULTON, individually and in her official capacity; ALLAN J. FRIEDMAN, individually and in his official capacity; and JOHN AND JANE DOES NUMBERS 8 THROUGH 25,

       Defendants.

———————————————————————— x

CASE NO.: 1:10-cv-05897-DLI-RER

**DECLARATION OF ROBERT L. ARLEO IN SUPPORT OF CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT**

ROBERT L. ARLEO, being duly sworn, hereby deposes and says as follows:

  1.  My name is Robert L. Arleo, and I am one of the Class Counsel in the above-entitled action [Doc. 70]. I am an attorney duly admitted to practice law in the State of New York, before the United States District Court for the Eastern, Southern, Northern and Western Districts of New York and before the United States Courts of Appeal for the Second and Ninth Circuits.

  2.  I submit the herein affirmation in support of the Parties' joint motion for preliminary approval of the class settlement agreement negotiated between the parties named herein.

3. I have been a member of the New York state bar since 1991. I have been admitted to practice law before the United States District Courts for the Eastern District of New York and for the Southern District of New York since 1992. I have been admitted to practice law before the United States District Court for the Northern District of New York since 1996. I have been admitted to practice law before the United States District Court for the Western District of New York since 1999. I was admitted to practice law before the United States Court of Appeals, Second Circuit, on September 10, 1998.

4. I am a 1989 graduate of Widener University School of Law located in Wilmington, Delaware. Since my admission to the New York state bar I have practiced law as a sole practitioner and as a General Partner in the law firm of Arleo & Lochte. Arleo & Lochte was formed in 1995 and was dissolved in 1996. Prior to formation of the firm Arleo & Lochte, I was a sole practitioner. I returned to that status upon dissolution of the firm.

5. I taught consumer law in my capacity of Adjunct Professor of Law at Thomas Jefferson School of Law, an A.B.A.-approved law school located in San Diego, California from 2003 to 2005. The bulk of my legal practice is representing parties in regard to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

6. I maintain a law office at 380 Lexington Avenue, 17th Floor, New York, NY 10168. I have access to legal support staff and per diem attorneys when the need may arise.

7. I am also recognized as a leading national FDCPA attorney. I consider myself an expert in FDCPA matters. I have lectured regarding the FDCPA by invitation before the American Bankruptcy Institute and before the American Association of Retail Collection Attorneys.

8. Attached hereto as Exhibit "A," and incorporated herein by this reference, is a true and correct listing of FDCPA lawsuits which I (or my prior law firm and other various co-counsels) have commenced on behalf of consumers from 1993 until the present. Most of those underlying actions were commenced as individual actions. Of those cases, the following actions have been certified as class actions by the court as class actions:

(i.) *Leone v. Dun & Bradstreet*
(ii.) *Labbate-D'Alauro v. GC Services*
(iii.) *Brujis v. United States Credit Bureau*
(iv.) *Hammond-Cassano v. Levy et al.*
(v.) *Asher v. American Medical Collection Agency*
(vi.) *Epstein v. American Medical Collection Agency*
(vii.) *Santangelo v. Goggins and Lavintman*
(viii.) *Romagno v. Gereboff and Gelade*
(ix.) *Tanenbaum v. Kramsky*
(x.) *Martinez v. Mason*
(xi.) *Blouin v. Transworld Systems, Inc.* (D. Mass);
(xii.) *Cali v. Suffolk Bureau of Medical Economics, Inc.* (E.D.N.Y.);
(xiii.) *Young v. Inovision* (E.D.N.Y.);
(xiv.) *Leventhal v. Advanced Healthcare Systems, Inc.* (E.D.N.Y.);
(xv.) *Stavor v. Mattleman, Weinroth & Miller* (E.D.N.Y.);
(xvi.) *Langley v. Hospital Benefits Group* (E.D.N.Y.);
(xvii.) *Kessel v. Sonnenfeldt, et al.* (E.D.N.Y.);
(xviii.) *Licenziato v. Preferred Legal Services* (E.D.N.Y.);
(xix.) *Rodriguez v. ARS National Services, Inc.* (E.D.N.Y.);
(xx.) *Smith v. Scripps Health, Inc.* (E.D.N.Y.);
(xxi.) *Reade-Alvarez v. Eltman, Eltman & Cooper* (E.D.N.Y.);
(xxii.) *Davern v. Arrow Financial Services, LLC* (E.D.N.Y.);

3

(xxiii.) *Anderson, et al. v. Nationwide Credit, Inc.* (E.D.N.Y.);

(xxiv.) *Gravina, et al. v. Client Services, Inc.* (E.D.N.Y.);

(xxv.) *Harrigan v. Receivables Performance Management, LLC* (N.D.N.Y.);

(xxvi.) *Seraji, et al. v. Capital Management Services, LP* (D. N.J.);

(xxvii.) *Gravina, et al. v. United Collection Bureau, Inc.* (E.D.N.Y.);

(xxviii.) *Thomasson, et al. v. GC Services Limited Partnership.* (S.D. Cal.);

(xxix.) *Anderson, et al. v. Nationwide Credit, Inc.* (E.D.N.Y.);

(xxx.) *Gravina, et al. v. National Enterprise Systems, Inc.* (E.D.N.Y.);

(xxxi.) *Lagana v. Stephen Einsteins & Associates, P.C., et al.* (S.D.N.Y.);

(xxxii.) *Castellano, et al. v. Global Credit & Collection Corp.* (E.D.N.Y.);

(xxxiii.) *Gravina, et al. v. Weltman, Weinberg & Reis, Co., LPA.* (E.D.N.Y.); and

(xxxiv.) *Sebrow v. Fulton, Friedman & Gullace, LLP, et al.*

9. I also served counsel for the Defendants named in the following resolved FDCPA class actions:

(i.) *Noll v. Kohl* (E.D.N.Y.);

(ii.) *Jurman v. Meyers, Saxon and Cole* (E.D.N.Y.);

(iii.) *Schweitzer v. Alden*, *Curtis and Michaels*, (S.D.N.Y.);

(iv.) *Anderson, et al. v. Rubin & Rothman, LLC, et al.* (E.D.N.Y.);

(v.) *De la Paz, et al. v. Rubin & Rothman, LLC, et al.* (S.D.N.Y.).

10. To date, I have expended a total of 102 hours of time. All costs in the action have been paid by my co-counsel, William F. Horn. My normal hourly rate is $475.00, as my hourly rate in 2006 was approved at $420.00 in the matter of *Reade-Alvarez v. Eltman, Eltman & Cooper* (E.D.N.Y.). Thus, my total fees and costs in this matter are $48,450.00, and I do not anticipate any further time will be spent going forward as my co-counsel, Mr. Horn, has agreed to take on that work in order to avoid duplication of work.

4

11. To date, I have received 17 requests from Settlement Class Members who requested exclusion from, and 2 objections to, the class settlement, all of which are attached as *Exhibit A* to the Affidavit of William F. Horn.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of July 2013, at Haines Falls, New York.*

*s/ Robert L. Arleo*
Robert L. Arleo, Esq. (RA-7506)
LAW OFFICE OF ROBERT L. ARLEO
380 Lexington Avenue, 17th Floor
New York, NY 10168
Telephone: (212) 551-1115
Facsimile:  (518) 751-1801
E-Mail: r.arleo@verizon.net

*One of the Attorneys for Plaintiff, Yekusial Sebrow, and all others similarly situated*

# Exhibit A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| **INDEX #** | **CASE** |
|---|---|
| 1:93-cv-03799-SS | *Alston v. Hayt, Hayt & Landau, et al.* |
| 1:93-cv-05866-WK | *Coleman v. Ruderman* |
| 1:93-cv-05867-SS | *Skiff v. Advocare, Inc.* |
| 1:93-cv-09029-KMW | *Blaney v. Marine Midland Bank* |
| 1:93-cv-09030-RWS | *Taylor v. Law Firm of Rubin, et al.* |
| 1:94-cv-02186-JSM | *Yancy v. Kay* |
| 1:94-cv-03139-WK | *Bertelli v. First Nat'l Cred Bur, et al.* |
| 1:94-cv-03268-RLC | *Wilner v. G.R.B. Collection, et al.* |
| 1:94-cv-03269-JFK | *Kleinman v. Kay* |
| 1:94-cv-03534-JFK-BAL | *Fahme v. Offices of LeSchack, et al.* |
| 1:94-cv-03535-AGS | *Kleinman v. Aid Associates, Inc.* |
| 1:94-cv-04689-DLC | *Licenziato v. Gotlib* |
| 1:94-cv-05293-DLC-MHD | *Taylor v. Rubin, et al.* |
| 1:94-cv-06985-MGC | *Vargas v. Rippa* |
| 1:94-cv-09330-HB-JCF | *Cruz v. G&L Financial Ser., et al.* |
| 1:95-cv-00126-KMW | *Wilner v. Schiralli, et al.* |
| 1:95-cv-01025-LAK | *Rogienski v. Margolin & Meltzer* |
| 1:95-cv-09282-LAK | *Goldberg v. Winston & Morrone, et al.* |
| 1:97-cv-00529-KTD | *Gotlib v. Long Island Collect., et al.* |
| 7:97-cv-03078-CLB | *Asher v. American Medical, et al.* |
| 1:99-cv-03711-DC | *Kramps, et al. v. Atterman, et al.* |
| 1:99-cv-03712-LAP | *Spencer v. Golden, et al.* |
| 1:99-cv-12124-AKH | *Hoffman v. National Bureau* |

| | |
|---|---|
| 7:99-cv-01753-BDP | *Grosser v. Portfolio America* |
| 7:99-cv-08759-CM | *Rattner v. Medical Bureau of Economics* |
| 7:00-cv-02514-CLB | *Hoffman v. Retrieval Masters Credit Bureau* |
| 7:01-cv-03452-CLB | *Foti v. Retrieval Masters Credit Bureau* |
| 1:01-cv-03322-WHP | *Farquhar v. Aid Associates, Inc., et al* |
| 1:03-cv-05209-NRB | *Diaz v. Automated Collection* |
| 1:03-cv-05841-RO | *Snyder v. Harrison* |
| 7:03-cv-08673-CM | *Conta v. Credit Collection Service* |
| 7:03-cv-08674-SCR | *Kahen-Kashani v. Retrieval Masters Credit Bureau* |
| 7:03-cv-09529-CM | *Conta v. Suburban Credit Corp.* |
| 7:03-cv-09530-WCC | *Conta v. Collection Bureau of Hudson Valley, Inc.* |
| 7:04-cv-01568-CLB | *Cuscione v. Monasterio* |
| 7:04-cv-02586-CM-GAY | *Mills v. Etan Industries* |
| 7:04-cv-02587-WCC | *Conta v. Stargiotti & Beatley, P.C. et al.* |
| 7:04-cv-08780-SCR | *Carone v. Cambece et al.* |
| 1:04-cv-00707-RJS-DCF | *Foti v. NCO Financial Systems, Inc.* |
| 1:04-cv-05507-SHS | *Diaz v. Amsterdam & Lewinter, LLP, et al* |
| 1:05-cv-05569-RMB | *Ohlson v. Vlock, et al.* |
| 1:06-cv-05017-NRB | *Raymond v. C. tech Collections, Inc.* |
| 1:08-cv-00257-RWS | *Rossi v. OSI Collection Services, Inc., et al.* |
| 1:08-cv-00259-PKC | *Rossi, et al v. Scherrr, et al.* |
| 7:08-cv-06482-SCR | *Feane et al. v. Phillips & Cohen Associates, Ltd. et al.* |
| 1:09-cv-05639-PGG | *Ohlson v. Cadle, et al.* |
| 1:09-cv-09624-JGK | *Maraio v. Mel S. Harris and Associates, LLC, et al.* |
| 7:09-cv-04385-SCR | *Krupp, et al. v. GB Collects, L.L.C. et al.* |
| 7:10-cv-00395-KMK | *Maxwell v. Relin, Goldstein & Crane, LLP et al.* |
| 1:10-cv-04456 | *Lagana v. Stephen Einstein & Associates, PC, et al.* |
| 7:10-cv-08665 | *Conta v. Amerassist A/R Solutions, Inc., et al.* |
| 7:10-cv-09343 | *Zuniga v. Vision Financial Corporation, et al.* |
| 7:11-cv-00785 | *Wood v. Vision Financial Corporation, et al.* |
| 7:11-cv-01795 | *Supler v. Vision Financial Corporation, et al.* |
| 7:11-cv-02143 | *Randazzo v. Global Wide Receivables, Inc., et al.* |

7:10-cv-09341              *Cedeno v. Cavalry Portfolio Services, LLC, et al.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**INDEX #**                **CASE**

0:93-cv-00855-LDW          *Hand v. Maxwell and Assoc., et al.*
0:93-cv-01491-LDW          *Hand v. Batzar & Weinberg*
0:93-cv-02711-LDW          *Sofianos v. Payco. General, et al.*
0:93-cv-03759-LDW          *Leone v. Nationwide, Inc., et al.*
0:93-cv-03890-LDW          *Ragonesi, et al. v. Computer Credit Inc.*
0:93-cv-05157-LDW          *Higgins v. Barber, et al.*
0:93-cv-05761-LDW          *Higgins v. Plaza Associates, et al.*
9:93-cv-00654-ADS-MLO      *Arleo v. Law Office Desimone, et al.*
9:93-cv-01985-ADS-MLO      *Hand, et al. v. Great Lakes Collect, et al.*
9:93-cv-03007-ADS-MLO      *Sofianos v. N.F.S. Inc.*
9:93-cv-03256-ADS-MLO      *Lynch v. Law Offices of Hayt, et al.*
9:93-cv-03548-FB-VVP       *Winfrey v. U.S. Credit Bureau, et al.*
9:93-cv-04066-ADS-MLO      *Bates v. Rossi, et al.*
9:93-cv-04067-ADS-MLO      *Sofianos v. Forster, et al.*
9:93-cv-04466-ADS-MLO      *Sofianos v. American Coradius*
9:93-cv-04467-TCP-MLO      *Fahme v. Colman, et al.*
9:93-cv-05074-ADS-MLO      *Higgins v. Kay*
9:93-cv-05075-TCP-MLO      *Leone v. Kay*
9:93-cv-05158-TCP-MLO      *Higgins v. Universal Fidelity, et al.*
9:93-cv-05233-FB-VVP       *Ernst v. Berson Associates, et al.*
9:93-cv-05685-ADS-MLO      *Patrone v. Nichter*
9:93-cv-05686-ADS-MLO      *Leone v. Integratec, et al.*
0:94-cv-01209-DRH          *Leone v. I.C. System, Inc., et al.*
0:94-cv-01516-LDW          *Leone v. Aid Assoc. Inc.*

| | |
|---|---|
| 0:94-cv-04387-LDW-ARL | *Brazzano v. Berke, et al.* |
| 0:94-cv-04637-DRH | *D'Alauro v. Coldata,Inc.,* |
| 0:94-cv-05468-LDW-ARL | *Pilewski v. Cohen, et al.* |
| 0:94-cv-05469-LDW-ARL | *Grecco v. Press, et al.* |
| 0:94-cv-05470-DRH-ETB | *Kuntz v. G.C. Services, et al.* |
| 1:94-cv-02193-DGT-ASC | *Poupko v. ACB Business Service* |
| 1:94-cv-03882-JBW-MDG | *Poupko v. Credit Bureau of Sio, et al.* |
| 1:94-cv-03971-JBW-JLC | *Poupko v. Gullickson, et al.* |
| 1:94-cv-05207-DGT-JMA | *Goodman v. Country Wide Collect, et al.* |
| 1:94-cv-05467-ARR-SMG | *Kleinman v. Maximus Interstate* |
| 1:94-cv-05471-CPS-RML | *Charity v. Smith* |
| 9:94-cv-00122-TCP-MLO | *Leone v. Eastern Collection, et al.* |
| 9:94-cv-00280-FB-MLO | *Ernst v. Zinn, et al.* |
| 9:94-cv-01330-ADS-MLO | *Ernst v. Burnett, et al.* |
| 9:94-cv-01963-ADS-MLO | *Abel v. G.C. Services, et al.* |
| 9:94-cv-02192-ADS-VVP | *Bates v. Magazine Collect, et al.* |
| 9:94-cv-03413-ADS-MLO | *Higgins v. Rubin, et al.* |
| 9:94-cv-03771-TCP-MLO | *Christy v. Lieb, et al.* |
| 9:94-cv-03883-TCP-VVP | *Colon, et al. v. Simon Paston & Sons, et al.* |
| 9:94-cv-03968-ADS-MLO | *Leone v. Flanagan, et al.* |
| 9:94-cv-04166-TCP-MLO | *Bates v. Credit Protection* |
| 9:94-cv-04638-ADS-MLO | *D'Alauro, et al. v. American Medical* |
| 0:95-cv-00285-DRH-ARL | *Poupko v. AccountServices, et al.* |
| 0:95-cv-00840-DRH-VVP | *Pereira v. Thompson* |
| 0:95-cv-00889-LDW-VVP | *Leone v. Dun & Bradstreet, et al.* |
| 0:95-cv-00890-LDW-MLO | *Pidkameny v. Schwartz Associates, et al.* |
| 0:95-cv-01224-DRH-ARL | *Roberts v. Mucci, et al.* |
| 0:95-cv-01227-DRH-VVP | *Pilewski v. Smith* |
| 0:95-cv-01580-DRH-VVP | *Marabini v. Morris* |
| 0:95-cv-02436-DRH-VVP | *Roberts v. Burnett* |
| 0:95-cv-04270-LDW-ETB | *Gotlib v. Dermatopathology* |
| 1:95-cv-01474-CBA | *Wellman v. Payco General Americ, et al.* |
| 1:95-cv-02438-ADS-MLO | *Gonyon v. G & L Financial Serv, et al.* |

| | |
|---|---|
| 1:95-cv-03474-DGT-CLP | *Ambalu v. Trans Union Corp.* |
| 9:95-cv-00284-TCP-MLO | *Trapani, et al. v. Delivery Ver Service* |
| 9:95-cv-00286-TCP-MLO | *Pilewski v. Vengroff,Williams* |
| 9:95-cv-00887-TCP-VVP | *Reilly v. Schichman* |
| 9:95-cv-00888-TCP | *Reilly v. Ross* |
| 9:95-cv-01476-DRH-VVP | *Zaroba v. Hudson Credit Bureau* |
| 9:95-cv-01901-ADS-VVP | *Labbate-D'Alauro v. GC Services Ltd Part* |
| 9:95-cv-02588-ADS-ARL | *D'Alauro v. Intercontinental Acc, et al.* |
| 9:95-cv-03131-JS-VVP | *Roberts v. Margolin & Meltzer, et al.* |
| 9:95-cv-03473-NG-ETB | *Reilly, et al. v. Vengroff, Williams* |
| 9:95-cv-03814-ADS-ARL | *Rabbito v. Wechsler Mgmt Corp, et* |
| 9:95-cv-04269-NG-MLO | *Roberts v. Better Business Coll, et al.* |
| 9:95-cv-04271-TCP-MLO | *Cali v. Stevens, et al.* |
| 9:95-cv-05123-TCP-ASC | *Pereira v. Thompson, et al.* |
| 0:96-cv-00735-LDW-ASC | *Pignotti v. Thompson, et al.* |
| 0:96-cv-00737-DRH-MLO | *Sterling v. Mullen, et al.* |
| 0:96-cv-00739-LDW-ARL | *Ragonesi v. R&M Associates, et al.* |
| 0:96-cv-00783-LDW-MLO | *Quinn v. Stein, et al.* |
| 0:96-cv-00978-LDW-ETB | *Sullivan v. Wallace, et al.* |
| 0:96-cv-02501-DRH-VVP | *Campbell v. Retrieval Masters, et al.* |
| 0:96-cv-04234-DRH-VVP | *D'Alauro, et al. v. Windsor, et al.* |
| 0:96-cv-04235-LDW-ASC | *Fischer v. Thompson, et al.* |
| 0:96-cv-05390-LDW-MLO | *Lindenberg v. Stutchin* |
| 0:96-cv-05509-DRH-ARL | *Cobb v. Stern & Stern,P.C., et al.* |
| 1:96-cv-00781-JG | *Elghannam v. Thompson, et al.* |
| 1:96-cv-05391-NG-MDG | *Lockwood v. Retrieval Masters, et al.* |
| 1:96-cv-05510-ILG-RLM | *Rice v. Financial Medical* |
| 1:96-cv-05624-CPS-JLC | *Lyons-Goodman v. American Medical Col, et al.* |
| 9:96-cv-00738-TCP-ARL | *Small v. JDR Collection Agenc, et al.* |
| 9:96-cv-00777-JS-VVP | *Ciambriello v. Pollack, et al.* |
| 9:96-cv-00869-ADS-ASC | *Bondarevskiy, et al. v. Thompson, et al.* |
| 9:96-cv-00870-ADS-ASC | *Zaza v. Thompson, et al.* |
| 9:96-cv-00873-ADS-MLO | *Licenziato v. Rosenthal* |

| | |
|---|---|
| 9:96-cv-00874-JS-VVP | *Reilly v. Credit Protection, et al.* |
| 9:96-cv-00979-TCP-ASC | *Springer v. Thompson, et al.* |
| 9:96-cv-00981-TCP-MLO | *Marth v. Kargman, et al.* |
| 9:96-cv-00982-JM-MLO | *Cali v. Gordon, et al.* |
| 9:96-cv-00983-JS-MLO | *Leone v. Stuchin* |
| 9:96-cv-03492-JS-VVP | *Roberts v. Law Firm of Tassan, et al.* |
| 9:96-cv-03493-TCP-ARL | *Licenziato v. Ruhbert Recovery Svc, et al.* |
| 9:96-cv-04541-JS-MLO | *Donnellan v. First Credit Serv., et al.* |
| 9:96-cv-04858-JS-ARL | *Tepedino v. Southside Hosp. Inc.* |
| 9:96-cv-04859-ADS-VVP | *Leone v. Geller, et al.* |
| 9:96-cv-05188-TCP-VVP | *(Dunn) McBride v. Security Credit Syst, et al.* |
| 9:96-cv-05508-JS-ARL | *Santangelo v. Complete Credit Serv* |
| 9:96-cv-05625-TCP-ARL | *Vladikin v. Dickerson, et al.* |
| 0:97-cv-00825-LDW-MLO | *Villegas v. Goldstone, et al.* |
| 0:97-cv-01871-DRH | *Colman v. North Shore Health, et al.* |
| 0:97-cv-04523-LDW-VVP | *Mangogna, et al. v. McInerney* |
| 0:97-cv-06601-LDW-ARL | *Polimeris v. APCO Financial Svcs., et al.* |
| 0:97-cv-06602-LDW-ETB | *Knopf v. Better Business* |
| 1:97-cv-00473-DGT-RLM | *Arterbridge v. Smith, et al.* |
| 1:97-cv-00510-JBW-JMA | *Harrison, et al. v. Mullooly, Jeffrey* |
| 1:97-cv-02312-DGT-JLC | *Epstein v. American Medical Col, et al.* |
| 1:97-cv-02503-FB-RML | *Carew v. Smith, et al.* |
| 1:97-cv-03104-RJD-JLC | *Benussi v. Kopald, et al.* |
| 1:97-cv-04995-RJD-RML | *Jurman v. Meyers, Saxon & Cole* |
| 1:97-cv-06604-NG-JLC | *Fahme v. Consolidated Recover* |
| 9:97-cv-01147-JS-ETB | *Cassano v. Levy, et al.* |
| 9:97-cv-01331-TCP-VVP | *Licenziato v. Levy, et al.* |
| 9:97-cv-01379-TCP-ARL | *Coyne v. National Credit Sys, et al.* |
| 9:97-cv-02502-JM-ARL | *Hoffman, et al. v. Mednick, et al.* |
| 9:97-cv-05273-JS-ETB | *Santangelo v. Lavintman, et al.* |
| 9:97-cv-06603-TCP-VVP | *Sessler, et al. v. Silver, et al.* |
| 9:97-cv-06857-ETB | *Namdar v. JAS Collection Agenc, et al.* |
| 0:98-cv-00087-DRH-MLO | *Levy v. Halpern,Halpern, et al.* |

| | |
|---|---|
| 0:98-cv-03303-LDW-ARL | *Esposito v. Transworld Systems* |
| 0:98-cv-04854-DRH | *Young v. Inovision, Inc.* |
| 0:98-cv-05001-DRH | *Cali v. Suffolk Bureau* |
| 0:98-cv-05139-DRH | *Kiernan v. Sunrise Credit* |
| 0:98-cv-05859-LDW | *Leone v. Central Credit Contr* |
| 0:98-cv-07391-DRH-VVP | *Karpel v. LI Collection, et al.* |
| 1:98-cv-03156-EHN-RML | *Romagno v. Gereboff, et al.* |
| 1:98-cv-03304-FB-JLC | *Tanenbaum v. Kramsky* |
| 1:98-cv-04999-CBA-JLC | *Martinez v. Mason* |
| 1:98-cv-07392-RR-RML | *Mamkhegov v. Trans-Continental, et al.* |
| 9:98-cv-03307-JM-ARL | *Reed v. Billing Systems Inte, et al.* |
| 9:98-cv-04852-JM-ETB | *Cali v. Suffolk Bureau of Me* |
| 9:98-cv-05858-JS-ETB | *Leventhal v. Advanced Healthcare* |
| 9:98-cv-06971-ADS | *Primavera v. CIC Plan* |
| 0:99-cv-05448-NGG-ETB | *Young v. C.L.X., et al.* |
| 1:99-cv-00849-DGT-RML | *Brule v. Miller and Milone, et al.* |
| 1:99-cv-01183-RJD-RLM | *Koudellou v. Sachs Kamhi & Kushne, et al.* |
| 1:99-cv-03124-JG-RML | *Brule v. Retrieval Masters, et al.* |
| 1:99-cv-03333-RR-RML | *Wellman v. Continental Collections* |
| 9:99-cv-01267-TCP-VVP | *Abreu v. Stein & Sheidlower, et al.* |
| 9:99-cv-04646-LDW-MLO | *Tipping-Lipshie v. Riddle, et al.* |
| 9:99-cv-08307-ADS | *Ragonesi v. C.Tech Collections* |
| 0:00-cv-01748-LDW-MLO | *Licenziato v. Retrieval Masters Credit* |
| 0:00-cv-02954-LDW-MLO | *Schwartz, et al. v. Yellow Book Company, et al.* |
| 0:00-cv-03809-LDW-MLO | *Wilson, et al. v. National Credit Sys, et al.* |
| 1:00-cv-00377-RML | *Steinberg v. Armanti Financial* |
| 1:00-cv-03808-NGG-SMG | *Thomas v. Aid Associates, Inc., et al.* |
| 1:00-cv-05220-ILG | *White v. Medipay Services, In*c. |
| 2:00-cv-05189-JS-ETB | *Marabini v. Credit Bureau Enterp, et al.* |
| 2:00-cv-06945-DRH-WDW | *Sandel v. Forster & Garbus, et al.* |
| 9:00-cv-01312-JS-ARL | *Kessel v. Guttman, Mintz, Bak, et al.* |
| 1:01-cv-02311-ARR-MDG | *Wosner v. Smith, Carroad, Levy, et al.* |
| 2:01-cv-00623-TCP-ARL | *Caselnova v. Risk Management* |

12

| | |
|---|---|
| 2:01-cv-00768-ADS-MLO | *Rodriguez v. ARS National Service* |
| 2:01-cv-01103-ADS-MLO | *Licenziato v. Preferred Legal Service, et al.* |
| 2:01-cv-01578-TCP | *Longo v. Federal Collection* |
| 2:01-cv-01579-ADS | *Longo v. C.M.C., Inc* |
| 2:01-cv-01580-TCP-ETB | *Caselnova v. Retrieval Masters* |
| 2:01-cv-02215-JM-ETB | *Serota v. Harris, et al.* |
| 2:01-cv-02310-LDW-MLO | *Vuolo, et al. v. Coldata, Inc., et al.* |
| 2:01-cv-03030-ADS-MLO | *Guttieri v. Eric Services Co.* |
| 2:01-cv-04556-JS-ARL | *O'Borski v. Creditor's Interchan, et al.* |
| 2:02-cv-05377-DRH-WDW | *Alitalia Airlines v. Jen's Travel, Inc. et al.* |
| 1:03-cv-01530-SJF-RML | *Harbin v. Statewide Credit Services Corp.* |
| 2:03-cv-01033-LDW-WDW | *Edge v. Statewide Credit Services Corp.* |
| 2:03-cv-05600-DLI-WDW | *Cali v. Rickenbacker Collections* |
| 2:03-cv-05814-DRH-WDW | *Levy et al. v. NCO Financial Systems, Inc., et al.* |
| 1:04-cv-02195-CPS-RLM | *Alvarez v. Eltman, Eltman & Cooper, P.C., et al.* |
| 1:04-cv-02509-NGG-VVP | *Reade-Alvarez v. Simm Associates, Inc.* |
| 2:04-cv-01046-JS-WDW | *Sansing v. Forster & Garbus, et al.* |
| 2:04-cv-03305-TCP-JO | *Lalljee v. Academy Collection Service, Inc.* |
| 2:04-cv-03418-DRH-ETB | *Ohlson v. The Cadle Company, Inc., et al.* |
| 2:05-cv-04858-JS-AKT | *Cali v. Asset Acceptance, LLC, et al.* |
| 2:06-cv-06655-SJF-ARL | *Davern v. Arrow Financial Services, LLC, et al.* |
| 2:06-cv-06657-LDW-ARL | *Cheng v. Network Recovery Services, Inc., et al.* |
| 2:07-cv-00598-JFB-MLO | *Selip v. Allied Interstate, Inc., et al.* |
| 2:07-cv-01977-ADS-MLO | *Wade, et al. v. Forster & Garbus, et al.* |
| 2:07-cv-05342-DGT-AKT | *Strauber v. Global Recovery Services India Private Limited, et al.* |
| 1:08-cv-00479-SJF-JMA | *Rossi v. Credit Bureau of Napa Valley, Inc. et al.* |
| 1:08-cv-00480-FB-JO | *Rossi v. Universal Fidelity LP, et al.* |
| 2:08-cv-01016-LDW-MLO | *Anderson, et al. v. Nationwide Credit, Inc., et al.* |
| 2:08-cv-01901-LDW-ETB | *Gravina, et al. v. Creditors Interchange Receivable Management, LLC et al.* |
| 2:08-cv-01902-TCP-ARL | *Anderson v. Frederick J. Hanna & Associates, P.C. et al.* |
| 2:08-cv-01903-DRH-ETB | *Rossi v. Scott Lowery Law Office, P.C., et al.* |
| 2:08-cv-01904-JS-ETB | *Gravina, et al. v. Cramer, et al.* |

| | |
|---|---|
| 2:08-cv-03538-JFB-AKT | *Fishbein v. Jara Marketing Corp., et al.* |
| 2:08-cv-03633-JS-ARL | *Anderson, et al. v. Nelson, Watson & Associates, LLC, et al.* |
| 2:08-cv-03634-LDW-MLO | *Gravina, et al. v. Client Services, Inc., et al.* |
| 2:08-cv-05082-LDW-ARL | *Florio v. Rubin & Rothman LLC* |
| 1:09-cv-03095-RRM-JO | *Horn v. Collecto, Inc. et al.* |
| 2:09-cv-00057-DRH-ARL | *Leidl v. LDG Financial Services, LLC et al.* |
| 2:09-cv-00639-LDW-ARL | *Leone v. National Enterprise Systems, Inc.* |
| 2:09-cv-02648-LDW-WDW | *Leidl v. Vengroff, Williams & Associates, Inc. et al.* |
| 2:09-cv-02942-JFB-MLO | *Gravina et al. v. National Enterprise Systems, Inc. et al.* |
| 2:09-cv-03331-SJF-ARL | *Rice, et al. v. Diversified Consultants, Inc., et al.* |
| 2:09-cv-04861-SJF-ETB | *Feng v. Empire Solutions, Inc., et al.* |
| 1:09-cv-03095-RRM-JO | *Horn v. Collecto, Inc., et al.* |
| 2:08-cv-01016-LDW-MLO | *Anderson, et al. v. Nationwide Credit, Inc., et al.* |
| 2:09-cv-04816-LDW-AKT | *Gravina, et al. v. United Collection Bureau, Inc., et al.* |
| 2:10-cv-02228 | *Holzer v. Hecker* |
| 2:10-cv-03600-JFB-AKT | *Pawelczak, et al. v. Cardworks Servicing, LLC, et al.* |
| 2:10-cv-03825-DRH -WDW | *Anderson, et al. v. Nationwide Credit, Inc. et al.* |
| 1:10-cv-00299-NGG -SMG | *Domond v. Omni Credit Services, Inc., et al.* |
| 2:10-cv-03599 | *Leidl, et al. v. Tritium Card Services, Inc., et al.* |
| 2:08-cv-03825-LDW-AKT | *Anderson, et al. v. Nationwide Credit, Inc., et al.* |
| 2:10-cv-05898-JFB-AKT | *Castellano, et al. v. Global Credit & Collection Corporation, et al.* |
| 2:11-cv-01161-JFB-WDW | *Gravina v. Weltman, Weinberg & Reis Co, LPA, et al.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1:97-cv-00033-TJM-RWS | *Dodd v. Missal, Esq.* |
| 1:97-cv-01773-DRH | *Chadwick Pollack v. Transworld Systems* |
| 1:03-cv-01331-FJS-RFT | *Skiff v. Pressler & Pressler, et al.* |
| 1:07-cv-00746-LEK-RFT | *Provenzano, et al. v. The Thomson Corporation, et al       .* |
| 1:07-cv-01068-GLS-DRH | *Mulroy, et al. v. Overton, Russell, Doerr and Donovan, LLP, et al.* |
| 1:08-cv-00172-NPM-DRH | *Griffin, et al. v. Monterey Financial Services, Inc., et al.* |

| | |
|---|---|
| 8:09-cv-00432-DNH-DRH | *Skiff v. NCO Financial Systems, Inc., et al* |
| 8:09-cv-01351-RFT | *Harrigan v. Receivables Performance Management, LLC, et al.* |
| 8:11-cv-00268-GTS-DRH | *Harrigan v. Weltman, Weinberg & Reis Co, LPA, et al.* |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 6:98-cv-06550-CJS-JWF | *Persia v. Eskanos & Adler, P.C., et al.* |
| 1:99-cv-00865-RJA | *Landry v. Sunrise Credit, et al.* |
| 1:03-cv-00828-RJA-HBS | *Kahen-Kashani v. National Action Financial Services* |
| 1:10-cv-00314-RJA-JJM | *Kavalin v. Global Credit & Collection Corporation, et al.* |
| 1:10-cv-00689-WMS | *Krug, et al. v. Mercantile Adjustment Bureau, LLC, et al.* |
| 1:11-cv-00006-WMS-HBS | *Kavalin v. CR-One Solutions, et al.* |
| 1:11-cv-00006-RJA-LGF | *Felix v. Capital Management Services, LP, et al.* |
| 1:11-cv-00008-WMS-JJM | *Felix. v. Mercantile Adjustment Bureau, LLC, et al.* |
| 1:11-cv-00009-WMS-JJM | *Meloskie v. Northstar Location Services, LLC, et al.* |
| 1:11-cv-00166-WMS | *Felix v. Northstar Location Services, LLC, et al.* |
| 1:11-cv-00253-WMS | *Harb v. Northstar Location Services, LLC, et al.* |
| 1:11-cv-00295-RJA | *Inman v. QAR, LLC, et al.* |
| 1:11-cv-00296-RJA | *Felix. v. Mercantile Adjustment Bureau, LLC, et al.* |

## FEDERAL COURTS OUTSIDE NEW YORK STATE

| **CASE #** | **CASE NAME & DISTRICT COURT** |
|---|---|
| 94C4611 | *Brujis v. U.S.C.B.* <br> Northern District of Illinois |
| CV-95-677 | *Pearlman v. Schweighardt* <br> Southern District of Florida |
| CV-96-2673 | *Salvatore v. First Federal Control, Inc.* <br> Northern District of Ohio |

| | |
|---|---|
| CV-96-2672 | *West v. First Federal Control, Inc.*<br>Northern District of Ohio |
| 97-CV 2315 | *Bice v. McCauley*<br>Northern District of Ohio |
| CV-97 10401 | *Scheri v. Allen Daniel Associates*<br>District of Massachusetts |
| 97-11671 | *Blouin v. Credit Management Services*<br>District of Massachusetts |
| 98-10488 | *Jones v. Landsman*<br>District of Massachusetts |
| 99-CV 11268 | *Avila v. Gelfuso & Lachut, Inc.*<br>District of Massachusetts |
| CV-99 5624 | *Langley v. Hospital Benefits Group*<br>District of New Jersey |
| CV-00 10177 | *Wishansky v. Rotondi*<br>District of Massachusetts |
| CV-00 10457 | *Gardner v. Mitchell N. Kay*<br>District of Massachusetts |
| 03-CV 1793 | *Dodaj v. Williams Alexander & Associates*<br>District of Connecticut |
| 01-CV 972 | *Amaker v. Collection Company of America*<br>District of New Jersey |
| 02-CV 2393 | *Dunlap v. Credit Protection Association*<br>Southern District of California |
| 03-CV 2490 | *Smith v. Scripps Health, Inc.*<br>Southern District of California |
| 03 CV 01759 | *Lopenzina v. Rosenberg*<br>District of Connecticut |

03 CV 7525-R        *Kahen-Kashani v. Cambece*
                             Central District of California

04 CV 0346           *Anderson v. Rose and Williams*
                             Southern District of California

04 CV 0347           *Anderson v. Credit Collection Services*
                             Southern District of California

04 CV 0948           *Wood v. Revcare*
                             Southern District of California

04 CV 0949           *Ballardo v. Gess & Associates*
                             Southern District of California

04 CV 0950           *Ballardo v. Nutcracker FM, Inc.*
                             Southern District of California

04 CV 2075           *Steele v. Systematic Collections*
                             Southern District of California

04 CV 2266           *Rickard v. NCO Financial Systems, Inc.*
                             Southern District of California

05 CV 0940           *Thomasson v. GC Services, LP*
                             Southern District of California

05 CV 1433           *DuPree v. NCO Financial Systems, Inc.*
                             Southern District of California

05 CV 1736           *Gibson v. Penn Credit Corp.*
                             Southern District of California

09 CV 3465           *Seraji, et al. v. Capital Management Services, LP*
                             District of New Jersey

## **OTHER COURTS**

Docket No. GLO- L-157-99      *Stavor v. Mattleman, Weinroth & Miller*
                                        Superior Court of New Jersey
                                        Law Division- Gloucester County